**KHALE J. LENHART, #7-4581**
**CATHERINE M. MERCER, #7-6320**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
cmercer@hirstapplegate.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MAGATTE WADE, | }<br>} |
| Plaintiff, | }<br>} |
| vs. | }  Civil No. _____ |
| PROSPERA AFRICA LLC, NEWAY CAPITAL LLC, ERICK BRIMEN, NICHOLAS DRANIAS, and TOM MURCOTT | }<br>}<br>}<br>}<br>} |
| Defendants. | } |

### *MOTION TO FILE UNREDACTED COMPLAINT AS NON-PUBLIC*

Plaintiff, by and through undersigned counsel, respectfully moves the Court for leave to file the Unredacted Complaint and accompanying exhibits as non-public pursuant to U.S.D.C.L.R. 5.1(g). In support of this Motion, Plaintiff states as follows:

1. Under U.S.D.C.L.R. 5.1(g), "no case or documents may be filed under seal or as non-public" without prior Court authorization. Plaintiff therefore submits this Motion to obtain leave before filing the Unredacted Complaint in a non-public manner.

2. Plaintiff is potentially subject to confidentiality provisions contained in agreements executed with Defendant. Although Plaintiff disputes the scope, enforceability, and

applicability of those provisions—and believes that very little of the material in the Complaint could properly be considered confidential—Plaintiff seeks, out of an abundance of caution, to temporarily redact only those portions of the Complaint that contain or reference internal corporate information highlighted for redaction.

3. Plaintiff does not seek to seal the entire case, nor to permanently restrict public access. Rather, Plaintiff requests authorization to file the initial, unredacted Complaint as non-public so that Plaintiff may avoid any suggestion that counsel facilitated the disclosure of arguably confidential internal information while the parties and Court address the issue.

4. Plaintiff is prepared to meet and confer promptly with Defendants regarding whether any redactions may be removed or whether less restrictive alternatives are appropriate.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to file the Unredacted Complaint as non-public pursuant to U.S.D.C.L.R. 5.1(g), and grant such further relief as the Court deems just and proper.

Dated: 11 December 2025.

MAGATTE WADE,
Plaintiff

BY: _____
KHALE J. LENHART, #7-4581
CATHERINE M. MERCER, #7-6320
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiff
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
cmercer@hirstapplegate.com